**DAVID P. SHAPIRO** (SBN: 249163)
Law Office of David P. Shapiro, APC
3500 Fifth Avenue, Suite 304
San Diego, CA 92103
Tel: (619) 295-3555
Fax: (619) 234-8770
E-mail: david@dpshapiro.com

**Attorney for Defendant**
**MARIO JARAMILLO**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JUDGE  LINDA LOPEZ)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 22-CR-1169-LL** |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| vs. | |
| **MARIO JARAMILLO,** | **NCD: September 12, 2022 2:00 P.M.** |
| Defendant. | |

**TO:   RANDY S. GROSSMAN, UNITED STATES ATTORNEY, AND JAMES REDD, PAUL E. BENJAMIN AND LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNIES:**

The defendant in the above-referenced matter, MARIO JARAMILLO, hereby acknowledges the change of the presently scheduled Motion and Trial Setting hearing date to September 12, 2022, at 2:00 p.m.

DATED: _Aug 2, 2022_          _Mario Jaramillo (Aug 2, 2022 12:23 PDT)_____

**MARIO JARAMILLO**